IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INX, INC. a Texas corporation,

    Plaintiff,

vs.                                             No. 10-CV-00669 MV/WDS

AZULSTAR, INC., a Michigan corporation,

    Defendant.

## ORDER GRANTING EXTENSION OF TIME

THIS MATTER having come before the Court on Defendant Azulstar Inc.'s Unopposed Motion for Extension of Time to respond to Plaintiff INX, Inc.'s First Amended Complaint, the Court having read the pleadings, noted Plaintiff's concurrence in the motion and being otherwise fully apprised of the premises therein;

ORDERS that Defendant Azulstar, Inc. is granted an extension of time until September 10, 2010 to respond to Plaintiff's First Amended Complaint.

_____
W. Daniel Schneider
United States Magistrate

Approved:

THE BARNETT LAW FIRM, P.A.
/s/David A. Garcia 08/26/10
      MICKEY D. BARNETT
      DAVID A. GARCIA
1905 Wyoming Blvd. NE
Albuquerque, New Mexico  87112
Tele:  (505) 275-3200
Fax:   (505) 275-3837
Email:info@theblf.com
      **david@theblf.com**


BUTT, THORNTON & BAEHR, P.C.
/s/Rodney L. Schlagel via telephone 08/26/10
Rodney L. Schlagel
P. O.Box 3170
Albuquerque, New Mexico  87190
Tele:  (505) 884-0777
Email:      **rlschlagel@btblaw.com**

LAW OFFICES OF MICHAEL S. NARSETE
5433 Westheimer, Suite 950
Houston, Texas  77056
Tele:  (713) 622-7040
Email:      **mnarsete@wt.net**

STRASBERGER & PRICE, LLP
James Kimbell
Jami Meador
1401 McKinney, Suite 2200
Houston, Texas  77010
Email:      **james.kimbell@strasberger.com**
      **jami.meador@strasberger.com**