IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INX, INC., a Texas corporation,

       Plaintiff,                                            No. 10cv00669 MV/WDS

vs.

AZULSTAR, INC., a Michigan corporation,

       Defendant.

**ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

THIS MATTER having come before the Court on Plaintiff INX, Inc.'s Unopposed Motion for Leave to File Second Amended Complaint, the Court having read the motion, noted Defendant's concurrence to the Motion and being otherwise fully advised and informed in the premises finds the Motion is well taken and should be granted.

It is **ORDERED, ADJUDGED AND DECREED** that Plaintiff INX, Inc. is granted leave to file the Second Amended Complaint attached to the Motion as Exhibit A.

                                                       HONORABLE W. DANIEL SCHNEIDER
                                                       UNITED STATES MAGISTRATE JUDGE

SUBMITTED AND APPROVED:

BUTT, THORNTON & BAEHR, P.C.

*/s/ Rodney L. Schlagel*

Rodney L. Schlagel
**rlschlagel@btblaw.com**
P.O. Box 3170
Albuquerque, NM  87190
(505) 884-0777

Michael Narsete
**mnarsete@wt.net**
Texas State Bar No. 14807400
LAW OFFICES OF MICHAEL S. NARSETE, P.C.
5433 Westheimer, Suite 950
Houston, TX 77056
(713) 622-7040

James Kimbell
**James.kimbell@strasburger.com**
Texas State Bar No. 1142000
Jami Meador
**Jami.meador@strasburger.com**
Texas State Bar No. 2404613
STRASBURGER & PRICE, LLP
1401 McKinney, Suite 2200
Houston, TX 77010
(713) 951-5600

Counsel for Plaintiff, INX, Inc.

BARNETT LAW FIRM, PC

/s/ David A. Garcia – approved via email 8.12.11
David A. Garcia
**david@theblf.com**
Mickey D. Barnett
**mickey@theblf.com**
1905 Wyoming Blvd., NE
Albuquerque, NM  87112
(505) 275-3200