IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INX, INC., a Texas corporation,

  Plaintiff,             No. 10cv00669 MV/WDS

vs.

AZULSTAR, INC., a Michigan corporation,

  Defendant.

## NOTICE OF SUBSTITUTION OF COUNSEL

  COMES NOW, Butt, Thornton & Baehr, PC and Strasburger & Price, LLP, and hereby substitutes attorney Katherine T. Garber of Strasburger & Price, LLP for Jami Meador in the above styled cause.

                Respectfully submitted,

                BUTT, THORNTON & BAEHR, PC

                */s/ Rodney L. Schlagel*
                Rodney L. Schlagel
                rlschlagel@btblaw.com
                P.O. Box 3170
                Albuquerque, NM  87190
                (505) 884-0777

                Michael Narsete
                mnarsete@wt.net
                Texas State Bar No. 14807400
                LAW OFFICES OF MICHAEL S. NARSETE, P.C.
                5433 Westheimer, Suite 950
                Houston, TX 77056
                (713) 622-7040

                James Kimbell
                James.kimbell@strasburger.com
                Texas State Bar No. 1142000

{}

Katherine T. Garber
Kathy.garber@strasburger.com
Texas State Bar No. 07626985
STRASBURGER & PRICE, LLP
1401 McKinney, Suite 2200
Houston, TX 77010
(713) 951-5600

**Counsel for Plaintiff, INX Inc.**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 30th day of November, 2011, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Mickey D. Barnett
info@theblf.com
mickey@theblf.com

David A. Garcia
David@theblf.com

*/s/ Rodney L. Schlagel*
Rodney L. Schlagel

{}