IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

INX, INC., a Texas corporation,

Plaintiff,

vs.                                        No. 10cv00669 MV/WDS

AZULSTAR, INC., a Michigan corporation,

Defendant.

ORDER GRANTING LEAVE TO FILE
SECOND AMENDED COMPLAINT

THIS MATTER is before the Court on Plaintiff INX, Inc.'s Opposed Motion for Leave to File Second Amended Complaint For Damages And For Declaratory Relief. (Doc. 92) The Honorable Martha Vazquez, United States District Judge, has referred the matter to the undersigned for determination. The Court, having reviewed the motion, noted Defendant's failure to respond to the Motion and that no trial date has been set, and being otherwise fully advised and informed in the premises finds the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED that Plaintiff INX, Inc.'s Opposed Motion for Leave to File Second Amended Complaint For Damages And For Declaratory Relief (Doc. 92) is granted, and Plaintiff shall file the Second Amended Complaint within ten days of the entry of this order.

_____
HONORABLE W. DANIEL SCHNEIDER
UNITED STATES MAGISTRATE JUDGE